UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
Albuquerque

Before the Honorable Bruce D. Black
United States District Judge

### Clerk's Minutes - Evidentiary

| | |
|---|---|
| Date: 4/19/2011 | Case No.: CV 10-1222 BB/ACT |
| Title: Pike v. Payment Recovery Services, Inc. | Total Time: 21 minutes |
| Courtroom Clerk: E. Romero | Court Reporter: J. Bean |

**Type of PROCEEDING:** Damages Hearing

**ATTORNEYS PRESENT:**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| Rob Treinen | None present |

**PROCEEDINGS:**

**9:59**   Court in session

　　　　Counsel state appearance

　　　　No one appearing for Defendant

　　　　Mr. Treinen calls witness - Richard Pike - sworn - direct

　　　　Exhibits A and B - ADMITTED

**10:05**   Witness is excused

　　　　Mr. Treinen calls witness - Angela McGuire-Pike - sworn - direct

**10:07**   Witness is excused

　　　　Exhibits C and D - ADMITTED

　　　　Mr. Treinen argues further damages

　　　　Court will grant injunction, $1000.00 FDCPA, $10,000 trebled and attorney fees $3528.

　　　　Exhibit E- ADMITTED

　　　　Mr. Treinen to prepare order

**10:20**   Court is adjourned